

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-01101-CR

**EX PARTE** Elmer Alexander **RODRIGUEZ LEIVA**

From the County Court, Kinney County, Texas
Trial Court No. 13729CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED and LIFT the stay imposed on March 27, 2024.

SIGNED September 17, 2025.

Rebeca C. Martinez, Chief Justice